STATE v. HUNT

No. 5A86-6

Case below: Robeson County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Robeson County, denied 10 April 1997.

STATE v. JOHNSON

No. 516P96

Case below: 124 N.C.App. 462

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 10 April 1997.

STATE v. JORDAN

No. 485P96

Case below: 124 N.C.App. 231

Petition by defendant (Jordan) for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997. Petition by defendant (McElreath) for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997. Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 10 April 1997.

STATE v. NOLON

No. 59P97

Case below: 125 N.C.App. 213

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997.

STATE v. PHILLIP

No. 10P97

Case below: 124 N.C.App. 231

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 10 April 1997.